# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY METZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SHARP HEALTHCARE, *et al.* <br><br> Defendants. | Case No.: 18cv1552-MMA (MSB) <br><br> **ORDER:** <br><br> **(1) RE: STIPULATION OF DISMISSAL WITH PREJUDICE; AND** <br><br> **(2) GRANTING JOINT MOTION TO REMAND TO STATE COURT** <br><br> [Doc. No. 22, 23] |

On May 26, 2017, Plaintiffs Jeffrey Metz, Jennifer Rose Perry, Gianna Marie Metz, and Joseph Charles Metz (collectively, "Plaintiffs") filed a complaint for wrongful death in San Diego County Superior Court against Defendants Sharp Healthcare, Inc., Jason Earl Smith, M.D., and Christopher R. Calvert, M.D. (collectively, "Defendants"). Doc. No. 1-2. During discovery in state court, the parties learned that Dr. Smith was a federal employee acting within his course and scope of employment during the events alleged in the complaint. Doc. No. 1 at 2. Accordingly, on March 20, 2018, defense counsel accepted the tender from the United States Department of Justice for the defense of Dr. Smith. *Id.* On May 7, 2018, Dr. Smith was certified as a federal employee acting

within the scope of his employment as an employee of the United States. *Id.* Accordingly, on July 9, 2018, the case was removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which provides for removal of cases against the United States, its agencies and officers. *Id.*; *see* 28 U.S.C. § 1442(a)(1). As an additional basis for removal, the parties noted that the tort claims for monetary relief against an employee of the United States are brought pursuant to the Federal Tort Claims Act ("FTCA"), which provides exclusive jurisdiction to United States District Courts. Doc. No. 1 at 3; *see* 28 U.S.C. § 1346(b)(1). On July 16, 2018, the United States of America was substituted into the case in place of Dr. Smith. Doc. No. 5.

The parties now stipulate that Sharp Healthcare, Inc. is vicariously liable for all of the acts, omissions, and any finding of negligence, including professional negligence (medical malpractice) of the United States of America, including Dr. Smith. Doc. No. 22 at 3. The parties also stipulate that Sharp Healthcare, Inc., is responsible for any harm caused by the United States of America, including Dr. Smith, as it pertains to the incident in this case, is responsible for providing the costs of defense of all claims alleged against the United States of America, including Dr. Smith, as well as indemnifying the United States of America, including Dr. Smith, for any findings against it/him. *Id.* Thus, the parties stipulate to dismissal with prejudice of Defendant United States of America pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* at 3-4. Accordingly, Defendant United States of America is **DISMISSED WITH PREJUDICE**.

In light of the parties' stipulation of dismissal with prejudice of the United States of America, the parties also jointly move to remand this case back to the Superior Court of the State of California, County of San Diego, case number 37-2017-00019283-CU-PO-CTL. Doc. No. 23 at 3. In support, the parties correctly note that the Court's dismissal of the United States of America will cause the Court to lose subject matter jurisdiction over the case. *See* 28 U.S.C. § 1447(c). Therefore, the Court **GRANTS** the parties joint motion to remand. Doc. No. 23. The Clerk of Court is instructed to

terminate this case as to Defendant United States of America and **REMAND** this case to San Diego Superior Court.

    **IT IS SO ORDERED**.

Dated: August 26, 2019

*Michael M. Anello*
Hon. Michael M. Anello
United States District Judge